■ IRVING J. POLKOVITZ et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 61189.) — Judgment unanimously affirmed, with costs, for the reasons stated at the Court of Claims, Moriarty, J. (Appeal from judgment of Court of Claims, Moriarty, J. — negligence.) Present — Simons, J. P., Hancock, Jr., Doerr, Denman and Schnepp, JJ.

■ ANTHONY QUATRINO, Individually and as Administrator of the Estate of ESTELLE QUATRINO, Deceased, Appellant, v JOHN R. ANDERSON et al., Respondents. — Order unanimously reversed, with costs, and motion granted. Memorandum: Item Nos. 2, 3, 4, 6 and 7 in defendants' demands for bills of particulars call for evidentiary material and plaintiff's motion seeking a protective order striking them should have been granted (see *McKenzie v St. Elizabeth Hosp.,* 81 AD2d 1003, 1004; *Randall v Pech,* 51 AD2d 864). (Appeal from order of Supreme Court, Onondaga County, Stone, J. — bills of particulars.) Present — Simons, J. P., Hancock, Jr., Doerr, Denman and Schnepp, JJ.